UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN K. DELANEY, et al.,<br><br>   Defendants. | No. 2:15-cv-01994-AC P<br><br><br><br>ORDER |

  Plaintiff proceeds pro se with an action brought pursuant to 42 U.S.C. § 1983, <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and the Federal Tort Claim Act (FTCA). The court dismissed his original complaint and gave plaintiff leave to amend. ECF No. 4. Plaintiff has now moved to voluntarily dismiss this suit. ECF No. 6. Pursuant to Federal Rule of Civil Procedure 41(a), that request will be granted. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice and the clerk of court shall close this case.

DATED: June 27, 2017

                /s/ Allison Claire
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE